# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

131457 & (46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES GILLESPIE,
      Plaintiff-Appellee,

v

      SC: 131457
      COA: 268263
      Wayne CC: 04-431052-CK

RUSSELL FILTRATION, INC., and
RANDAL J. ARMSTRONG,
      Defendants-Appellants.

_____/

      By order of September 26, 2006, this case was remanded to the Court of Appeals for an explanation of the conclusion that the defendants' application for leave to appeal grossly disregarded the requirements of a fair presentation of the issues to the court. On March 8, 2007, the Court of Appeals issued an opinion stating reasons for the sanctions it imposed pursuant to MCR 7.216(C)(1)(b). On order of the Court, the application for leave to appeal the May 5, 2006 order of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

s0416